# United States District Court

RECEIVED MAY 16 2019

Jonathan W. Bohn
 Plaintiff

vs. " "

Jail Administrator
Bremer County Jail
Waverly, Iowa

Case # N/A
1st Notice Complaint

## Notice of Complaint via Civil Action For Deprivation of Constitutional Rights.

Now comes Jonathan W. Bohn Plaintiff in Pro-se fashion with First Notice of Civil Complaint against the Jail Administrator of Bremer County Jail and Bremer County Jail of Waverly, Iowa et al.

Since the Plaintiff is acting without Attorney, He asks the Court to send the proper paper documents to fill out for said civil complaint and a "IFP" in Forma Pauperis form for costs and fees by the court to proceed in the United States Courthouse, Northern District of Iowa, for the Defendants 1) Jail Administrator of Bremer County Jail and 2) Bremer County Jail, located at 111 4th Street, Waverly, Iowa Im under this jurisdiction.

2 of 5

1) In this First Notice of Complaint the Plantiff Bluntly lists violations By Defendants in Quick Hand and Asks For simple relief to Avoid Further Action

A.) Violation of Rights To Travel With, Hold or Mail legal documents, while in Transit while A Federal Inmate via Federal writ of Bureau of Prisons.

B) Lost legal documents "Approx 500 pages" An Act of Negligence By the Jail Administrator And Bremer County Jail, Estimated value of legal documents At .50 cents per page $250. And prior postage, 7 pages to a stamp. "55¢ stamp value ($26.95), A Total of 276.95 for combination of copy Fee's And postage.

C.) Mishandled or lost United States Postal Money Order in Amount of $100.00 U.S. Dollars Receipt number 25638377038, Mailed United States postal Mail via United States Postal Office At 205 W. Broadway Blvd, Johnston City Illinois 62951, Dated 01-23-19 to 111 4th Street, Bremer County Jail, Waverly, Iowa Payable To Jonathan W. Bohn. Total Combination costs of Money Order, Money Order Fee's And postage ($102.85)

D) Mishandled or Lost personal property "Hygeine products", in value of est. ($10.00)

2.) Plaintiff seeks in relief of damages as listed;

A.) 500 pages of legal documents, copy and postage fees, Total $276⁰⁰

B.) United States Postal Money Order, Receipt Number #25638377038 in Amount of $100⁰⁰ U.S. dollars. With Money Order And Fees, Plus postage totals $102⁵⁰ U.S. dollars

C.) Lost Hygiene products estimated value at $10⁰⁰ U.S. dollars.

Total Relief in damages "Property value at $389⁵⁰ U.S. dollars And $250⁰⁰ in punitive damages, Totaling Amount in relief $639⁵⁰, Plus any Court Fees in said matter, If to proceed.

All listed allegations can be proven via documents and testimonies by participants, if needed.

# Certificate of Oath

I, Jonathan W. Bohn, Plaintiff, sworn to by penalty of perjury that enclosed documents are to be true.

Jonathan W. Bohn #08570-025
United States Penitentiary Coleman II
P.O. Box 1034
Coleman, FL 33521

Jon W Boh
Signed

April 01, 2019
Dated

5 of 5

## Certificate of Service

I, Jonathan W. Bohn, Hereby certify that on this date April 01, 2019, I mailed the foregoing with the Clerk of Court via United States Postal Mail Service to listed participants.

1) Bremer County Jail et Al
   Jail Administrator
   111 4th Street NE
   Waverly, Iowa 50677

2) Clerk of Court
   United States District Court
   Northern District of Iowa
   111 7th Ave
   Cedar Rapids, Iowa 52401

3) Jonathan W Bohn #08570-025
   United States Penitentiary Coleman II
   P.O. Box 1034
   Coleman, FL 33521

_Jon W Bohn_
Signed

_April 01, 2019_
Dated

⇔08570-025⇔
Jonathan W Bohn
Federal USP Complex Coleman II
P.O. Box 1034
Coleman, FL 33521
United States



FOREVER / USA

TAMPA FL 335
SAINT PETERSBURG FL
13 MAY 2019 PM 6 L

⇔08570-025⇔
Clerk Of Court
Northern District of Iowa
111 7TH AVE SE
U.S. Federal Court House
Cedar Rapids, IA 52401
United States

52401-210312